**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 2024-27 |
| v. | ) | |
| | ) | |
| LUIS MANUEL PEREZ LOPEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>**SENTENCING MEMORANDUM**</u>

Luis Manuel Perez Lopez, by and through his attorney, Melanie Lark Turnbull, Assistant Federal Public Defender, pursuant to Rule 32 of the Federal Rules of Criminal Procedure, 18 U.S.C. §3553(a), and the Sixth Amendment to the Constitution of the United States, hereby respectfully submits this sentencing memorandum.

**Introduction**

Luis Manuel Perez Lopez comes before this Court not only as a defendant but as a man whose life story reflects layers of generational poverty, cumulative trauma, chronic health conditions, and failed systems of care. While his offense conduct warrants accountability, we ask the Court to view Mr. Perez Lopez not solely through the lens of his mistakes, but also in the context of his humanity, lifelong hardship, and potential for rehabilitation. We respectfully submit this memorandum in support of a sentence to 57 months imprisonment. Such a sentence would more accurately reflect the mitigating circumstances of Mr. Perez Lopez's life, his current physical and mental health needs, and his demonstrated capacity for reflection and growth.

**<u>Rooted in Faith, Raised in Poverty</u>**

Luis Manuel Perez Lopez, was born ████████████ into extreme poverty in Sabana de la Mar, Dominican Republic. Sabana de la Mar is a small, rural town located on the northeastern coast of the Dominican Republic in the province of Hato Mayor. Because of the city's isolation with limited economic development, its citizens primarily rely on fishing, small-scale agriculture, and ecotourism related to nearby natural attractions. Sabana de la Mar has challenges associated with poverty, limited educational opportunities, and restricted access to healthcare. This rural backdrop is where Mr. Perez Lopez and his siblings were raised.

The eldest of four children, Luis was brought up in a well-known and respected family rooted in strong Pentecostal values. His father Pedro was a deeply religious man that avoided all vices, such as smoking or drinking, and taught his kids to do the same. The children attended church every Sunday as their father was pious and circumspect. Pedro and his mother, Minerva, ran a structured household where faith and discipline reigned supreme. The children were expected to attend school and complete household chores every day. Pedro worked as a farmer and carpenter, while Minerva ran a small fishing business to provide for the children. But despite their hard work, the family still lived in abject poverty. They collected water from communal pipes and subsisted on very little food.

Compounding their issues was Luis' lifelong battle with asthma. Due to limited financial resources, the family primarily relied on natural remedies and over-the-counter medications to manage Luis' symptoms as a boy. When severe attacks occurred, they sought treatment at the local hospital, where Luis would receive injections to help him breathe. The level of poverty the Perez Lopez family experienced was crushing. His mother, Minerva, however, grew weary of the constant struggle. Due to overwhelming poverty, Minerva made the difficult decision to migrate to Puerto Rico via the Mona Passage in search of a better life. She left behind her four children in the care of their father in hopes of a better financial state.

Now a single father, Pedro relied heavily on extended family to step in to help him raise his four children. One relative that took on the role of mother was Luis' maternal aunt Juana Lopez. The separation from his mother in his teen years was difficult and emotionally taxing. Despite the distance, Minerva sent money and supplies for the children, but the children struggled with her absence. Several years older than his siblings, Luis had already formed a close relationship with his mother. He became disinterested in school due to the emotional disruption and eventually dropped out, opting instead to work. He began fishing with his grandfather and assisted his father harvesting cacao and other agricultural produce to make money. He was now able to start buying his own clothing and financially contribute to the household, particularly his minor sisters. His sisters Immaculada and Yahaira are 8 and 10 years younger than him, respectively.

### "Crossing Waters: A Life Between Puerto Rico and the Dominican Republic"

### An Incurable Disease – The Start of a Long Downward Spiral

After Minerva moved to Puerto Rico, she quickly found a job as a cleaner and caregiver for the elderly. She also secured legal status in Puerto Rico which afforded her the ability to petition for her minor daughters to join her. Unfortunately, because older brothers Luis and Jesus were both adults at the time their mother had finally gotten established, she wasn't able to successfully petition for them to relocate to Puerto Rico. However, eight years after her move, Luis, now in his mid-20's found his way to Puerto Rico to be reunited with his mother. From the time he arrived, he set out doing part-time work when he met and started dating a woman named Ramona. Ramona quickly got pregnant with what would have been his first child, but soon after doctors recognized an issue with the baby. Ramona had an ectopic pregnancy[1]. The pregnancy required surgery to remove the baby and Ramona

---

[1] An ectopic pregnancy most often occurs in a fallopian tube, which carries eggs from the ovaries to the uterus. This type of ectopic pregnancy is called a tubal pregnancy. Sometimes, an ectopic pregnancy occurs in other areas of the body, such as the ovary, abdominal cavity or the lower part of the uterus (cervix), which connects to the vagina. An ectopic pregnancy can't proceed normally. The fertilized egg can't survive, and the growing tissue may cause life-threatening

was given a blood transfusion.  They lost their child.  Years later, after her brief relationship with Luis, Ramona was contacted by Hospital Municipal de San Juan advising her that due to medical negligence, the blood used for her transfusion was contaminated with HIV. The diagnosis was devastating. Luis began having suicidal thoughts upon learning he was HIV+. The woman involved in the transmission has since passed away due to complications of a weakened immune system.  Now a nurse in Puerto Rico, his sister Yahira sprung into action. She used her close professional relationships with El Centro Medico of Puerto Rico, to get services for HIV treatment at El Centro Latinoamericano de Enfermedades Transmisibles (CLET) en Centro Médico.

The **(CLET)** is a public health clinic in Puerto Rico that provides specialized care for individuals affected by communicable diseases, particularly HIV/AIDS. CLET offered essential services such as HIV testing, counseling, medical treatment, and access to antiretroviral medications. It plays a critical role in serving vulnerable populations, including individuals who are uninsured or **undocumented**, by ensuring access to care without discrimination.

Despite being diagnosed with HIV, in a spiral of denial in the early years of his diagnosis, Luis consistently refused to engage in his treatment or take responsibility for managing his health. This was around the same time he began experimenting with cocaine as a form to self-medicate in response to the psychological and emotional trauma going on in his life. The move to Puerto Rico was not panning out as planned and Luis found himself back in the Dominican Republic.

**<u>A Trauma He Can't Unsee: Burned Into Memory</u>**

When Luis Manuel later returned to the Dominican Republic, his father took him to seek treatment in Hato Mayor province but was unable to provide the clinic with the most recent details about his prescriptions. Now back in Sabana de la Mar, Luis gravitated to doing what he knew best,

---

bleeding, if left untreated. https://www.mayoclinic.org/diseases-conditions/ectopic-pregnancy/symptoms-causes/syc-20372088#:~:text=An%20ectopic%20pregnancy%20most,bleeding%2C%20if%20left%20untreated.

construction and fishing. As he began trying to build a life for himself, the family received news that his brother Jesus was arrested for causing an accident while driving under the influence. He was 26 years old at the time with no prior criminal history but remained detained pending the outcome of his case. Jesus Perez Lopez would never face his charges because on March 7, 2005, a devastating fire broke out in the jail located in Higüey, Dominican Republic, resulting in the deaths of 133 inmates and injuries to many others. [2] According to officials, the fire began during a violent fight between rival gangs inside the overcrowded facility. The conflict escalated when inmates set fire to mattresses, causing the flames to spread rapidly throughout the building. Many victims were trapped behind bars and unable to escape.



Luis, his father, and other relatives drove two to three hours from Sabana de la Mar to Higüey Jail. "We went in the hopes to find my brother." However, Luis encountered a nightmare he has never recovered from. He saw bodies that were burned so severely that identification was impossible. Luis and his father recall being shown rows of charred bodies and said, "We couldn't recognize the body, it was too burnt." [3] He described the anguish of looking at each body laid out and examining each body one by one trying to see if somehow, they could see the face of his brother. Instead, he saw the face of

[2] 133 Die as Gangs Set Fire to Dominican Jail. https://www.nbcnews.com/id/wbna7116179 and https://www.cbsnews.com/news/134-dead-in-dominican-prison-fire/

[3] https://www.gettyimages.com/editorial-images/news/event/at-least-134-killed-after-prison-riot-and-fire/52298229

death, over and over again.  Sadly, because family members and authorities alike could not make out any identification, the officials buried all the bodies in a common grave.  Luis recalls that it was "horrible" as there was "no closure" for his parents. The tragedy received national and international attention, highlighting the dangerous conditions and overcrowding in Dominican jails.

**<u>Left for Dead: The Trauma of a Violent Attack</u>**

In the aftermath of Jesus' death and the images seared in his memory, Luis once again turned to drugs and alcohol to help him cope. He always maintained a job in fishing or construction, but the trials of life had begun wearing him down. He was struggling again in Sabana de la Mar, when he met Juliana "Nena" Enrique in 2008. The two would live together for several years and built a life as a family, though they were not legally married. During this time, Mr. Perez Lopez worked in construction and, through great personal effort, purchased land and began building a home for his partner. In 2011, after finishing work, tragedy struck again. He went out to purchase food and a beer when he was attacked by five individuals in what he described as a robbery. The assailants beat him severely and left him for dead on the road. He was hospitalized for a month between a hospital in Sabana de la Mar and Hospital Musa in San Pedro de Macoris. During the assault, one of the individuals inexplicably bit off Mr. Perez Lopez's ear. At the first hospital, doctors reattached the ear. He was then transferred to Hospital Musa in San Pedro de Macorís, but due to a lack of blood for transfusion and worsening infection, the ear had to be amputated. He underwent multiple surgeries and suffered a serious bacterial infection as a result. The physical impact of the assault was severe, but the emotional trauma—being attacked without warning and left for dead—has endured far longer with him.  This incident represents one of the most violent and terrifying episodes of his life. His father filed a police report, and although one of the attackers was arrested, there was no meaningful follow-up or accountability for the crime.

## A Ray of Hope: Becoming Diego's Father

After Luis made a full recovery from his attack, within a couple months, he and his partner received news that they were expecting a child. The news pushed Luis to complete building his home for Juliana and their son. In September 2012, his son Diego Manuel Perez Enrique was born a healthy baby boy. And although the relationship with Juliana began to deteriorate, Luis allowed her and their son to continue living in the home that he built. Even after Juliana began a new partnership, Luis helped her build a small home on her parent's property in a show of commitment to the well-being of his child. Luis took pride in being a father. His life had been so complicated thus far, so he clutched to Diego as evidence that things



*Luis Manuel and Diego (son)*

could take a turn for the better. And for a while they did. Luis was a present father that provided for and visited his son whenever he could. But around the time Diego was turning seven, he wanted to travel back to Puerto Rico for more opportunities.

## A Life with Rebecca: Hope, Struggle and Sacrifice

After traveling back to Puerto Rico, Luis met his current wife, Rebecca Garcia at Playa Puerto Real. The two connected instantly. Their relationship began as a friendship and turned romantic in the fall of that year. After becoming exclusive, Luis moved in with Ms. Garcia. Luis would work in construction whenever he could, and he would be her financial support. However, life as an undocumented individual means that you are always looking over your shoulder.

In early 2022, Luis' son Diego began experiencing serious health issues. He was misdiagnosed several times at the public health care clinic in Sabana de la Mar due to the limited and inadequate medical care available. Therefore, the decision was made to take Diego to a private medical facility. On March 24, 2022 Diego underwent a complicated emergency surgery at Clínica del Niño in San Pedro de Macoris, DR. His aunt Yahaira, personally traveled to the hospital with him and his mother Juliana. Luis was living in Puerto Rico at the time, however, he financially contributed to the surgery, sending approximately $4,000 to $5,000[4] to Juliana to help cover medical costs. The thought of his child in a hospital so far away made him sick. Diego was hospitalized for one week before being discharged. The entire family contributed to Diego's medical expenses, but he still had lingering bills. Within a month of Diego's discharge, Luis and Rebecca moved back to the Dominican Republic after he was administratively removed. The couple lived together in the home that Luis built and began making efforts to start a business to offset the cost of Diego's medical needs. Luis and Rebecca ran a fishery business, D'P&G Pescadería. The property for the business was leased to him by his sister Yahaira Perez Lopez and he purchased his own boat to procure fresh fish.



Although he occasionally went out to fish himself, he primarily bought fish from local fishermen. He would then act as a distributor and sell to nearby hotels and members of the community. Luis managed the business operations, as he was knowledgeable about pricing, held the necessary legal permits, and was required by law to maintain an accountant.

---

[4] Equivalent at the time to over RD$275,000 in Dominican pesos.

But despite the couples' efforts, financial stability remained out of reach because he often extended credit to customers who failed to repay. This left him in mounting debt—not only to local fishermen and suppliers but also to his own sister, Yahaira, from whom he rented the business space.



*Home of Luis Manuel Perez Lopez*

His financial troubles were compounded by the fact that he made the decision to mortgage his home, to secure money to help pay off Diego's hospital bills. Despite his efforts, the family's financial situation became dire. In desperation to save the home and provide for his son's healthcare, Mr. Perez Lopez planned to eventually return to Puerto Rico in search of work. Before travelling back, the couple decided to get married in the Dominican Republic.

In 2024, Rebecca returned to Puerto Rico to care for her ailing mother and to visit with her six children. What was intended as a temporary Mother's Day visit became indefinite. Luis joined her later and they both moved into her family's long-occupied home. While in Puerto Rico, Luis attempted to earn money through part-time construction work, but this income was insufficient to address the debts and obligations he had left behind in the Dominican Republic. Eventually, the strain became too great. After his arrest, Mr. Perez Lopez lost the only asset he had—his home in Santo Domingo—which was foreclosed and sold. This final blow left him with no property, no savings, and no means of financial recovery.

## A Plea for Leniency

Given the extraordinary mitigating circumstances—including history complex trauma, ongoing significant medical needs, absence of prior criminal history, and demonstrated capacity for

reform—we respectfully request a downward variance from the advisory guidelines. In addition to the various traumatic life events, Luis Manuel Lopez Perez has a documented record of several chronic medical diagnoses that require continuous monitoring and treatment. He was diagnosed with HIV in 2001, for which he is now being treated with Biktarvy. He has a long history of severe asthma, which is currently being treated daily with prescribed Albuterol HFA inhaler. Additionally, he has been diagnosed with Hypertension and has been prescribed a daily dose of Losartan. Finally, in November 2024, he was diagnosed with Benign Prostatic Hyperplasia and was prescribed a daily dose of Tamsulosin. His progressively deteriorating health puts urgency on his desire to be reunited with his son as soon as possible. In Mr. Perez Lopez's case, it is a matter of life and death.

We respectfully request the Court to recommend placement in a facility equipped to manage the serious medical and psychological needs of Mr. Perez Lopez, as well as providing access to the Residential Drug Abuse Program (RDAP). Luis Manuel Perez Lopez has endured a life marked by pain, hardship, perseverance, and missed opportunities for intervention. In sentencing, we ask the Court to consider not just the offense but the totality of his life—a life crying out not just for punishment, but for healing. For these reasons, we ask the Court to sentence Mr. Luis Manuel Perez Lopez to 57 months incarceration.

Dated: May 23, 2025

Respectfully submitted,


s/ *Melanie L. Turnbull*
MELANIE L. TURNBULL, ESQ.
Assistant Federal Defender
1336 Beltjen Road, Suite 202
Charlotte Amalie, VI 00802
Tel: (340) 774-4449
E-mail: melanie_turnbull@fd.org